NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Appellee,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2011-1552, 2012-1080

---

Appeals from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge Christopher C. Conner.

---

## ORDER

The court notes that Bridgeport Fittings, Inc. has not filed a status report.

The court's October 28, 2011 order directed Bridgeport to inform the court within 30 days of the final disposition of appeal no. 2010-1377 how it believes this appeal should proceed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) If Bridgeport does not file a status report within 14 days of the date of filing of this order, the appeal will be dismissed. Arlington may also respond within that time.

(2) The briefing schedule remains stayed. If the appeal is not dismissed pursuant to paragraph (1) above, Bridgeport is directed to file a status report every 60 days concerning the status of this case and state how this appeal should proceed.

FOR THE COURT

DEC 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2012

JAN HORBALY
CLERK